**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WEI CHIN,<br><br>                    Petitioner,<br><br>     v.<br><br>UNITED STATES,<br><br>                    Respondent. | Criminal Action No. 8-124 (JMC) |

## ORDER

The Court **DISMISSES** Wei Chin's habeas petition, ECF 79; ECF 81, for lack of subject-matter jurisdiction. This is a final appealable order. The Clerk of Court shall terminate this case.

**SO ORDERED.**

DATE: August 2, 2022

_____
Jia M. Cobb
U.S. District Court Judge

1